Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email:  mtc@angstman.com

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>SHILOH MANAGEMENT SERVICES, INC.<br><br>     Debtor.<br><br>_____<br><br>NOAH HILLEN, solely in his capacity as Chapter 7 Trustee for the above-referenced bankruptcy estate,<br><br>     Plaintiff,<br><br>vs.<br><br>CALVARY CHAPEL OF NAMPA, INC., an Idaho non-profit corporation, CALVARY CHAPEL OF BOISE, INC., an Idaho non-profit corporation; DOES 1-4,<br><br>     Defendants. | Case No. 17-01458-JMM<br><br>Chapter 7<br><br><br><br><br><br>**Adv Case No. 19-06060-JMM** |

**NOTICE OF VOLUNTARY DISMISSAL AS TO
CALVARY CHAPEL OF NAMPA, INC. ONLY**

Noah Hillen, the duly appointed and acting Chapter 7 Trustee of the Debtor, (hereinafter "Plaintiff" or "Trustee") by and through his counsel of record, ANGSTMAN JOHNSON, hereby submits this notice to the court of the voluntary dismissal as to Defendant, Calvary Chapel of Nampa, Inc. in the above-captioned adversary proceeding pursuant to Federal Rules of Bankruptcy Procedure Rule 7041 and Federal Rules of Civil Procedure 40(a)(1).  This dismissal is to Calvary Chapel of Nampa, Inc., only.

No party, including the Defendant, Calvary Chapel of Nampa, Inc. has yet filed an appearance in this action.

WHEREFORE, the Trustee voluntarily dismisses the Complaint as to Calvary Chapel of Nampa, Inc. only.

DATED this 8th day of January, 2020.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Plaintiff

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 8th day of January, 2020, I filed the foregoing NOTICE OF DISMISSAL AS TO CALVARY CHAPEL OF NAMPA, INC. ONLY electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

      Matthew T. Christensen      mtc@angstman.com

      Any others as listed on the Court's ECF Notie.

      AND I FURTHER CERTIFY that on such date I served the foregoing on the following- non-CM/ECF Registered Participants via U.S. Mail, postage prepaid:

      Calvary Chapel of Nampa, Inc.
      c/o Tim Doughty
      1210 N. Middleton Road
      Nampa, ID 83651

      /s/ Matt Christensen
      Matthew T. Christensen