# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 17-01458-JMM |
| **SHILOH MANAGEMENT SERVICES, INC.,** | Chapter 7 |
| Debtor. | |
| **NOAH HILLEN, solely in his capacity as Chapter 7 Trustee for the above-referenced bankruptcy estate,** | Adv. Case No. 19-06060-JMM |
| Plaintiff, | |
| v. | |
| **CALVARY CHAPEL OF NAMPA, INC.** an Idaho non-profit corporation; **CALVARY CHAPEL OF BOISE, INC.,** an Idaho non-profit corporation; **DOES 1-4,** | |
| Defendants. | |

## ORDER GRANTING MOTION TO AMEND DEFENDANT'S ANSWER

IT IS HEREBY ORDERED that Defendant's Motion to Amend Pleadings filed on or about February 16, 2019 is GRANTED and Defendant, Calvary Chapel of Boise, Inc., is granted leave to file their Amended Answer to include additional Affirmative Defenses.



DATED: March 19, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by Matthew G. Bennett, Attorney for Defendant, Calvary Chapel of Boise, Inc.